FILED
ASHEVILLE, N.C.
JUN 30 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Asheville Division

**HAND DELIVERED**

Case No. 1:20-cv-168-MR-WCM
*(to be filled in by the Clerk's Office)*

April Ledford

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See Attached.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: April Ledford
   Street Address: PO Box 2150
   City and County: Bryson City   Swain County
   State and Zip Code: North Carolina 28713
   Telephone Number: 828-788-3605
   E-mail Address: zootie68@gmail.com

April Ledford

30 June 2020

List of Defendants:

1. Bryson City Police Department
2. Chris Dudley
3. Curtis Cochran
4. Swain County Sheriff's Department
5. Andrew Bryant
6. Town of Bryson City

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Bryson City Police Department
- Job or Title *(if known)*:
- Street Address: 200 Main Street
- City and County: Bryson City, Swain County
- State and Zip Code: NC 28713
- Telephone Number: 828-488-3050
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Chris Dudley
- Job or Title *(if known)*: Deputy, Resource Officer
- Street Address: 95 Brendle Street
- City and County: Bryson City, Swain County
- State and Zip Code: NC 28713
- Telephone Number: 828-488-0159
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Curtis Cochran
- Job or Title *(if known)*: Swain County Sheriff
- Street Address: 95 Brendle Street
- City and County: Bryson City, SWAIN COUNTY
- State and Zip Code: NC 28713
- Telephone Number: 828-488-0159
- E-mail Address *(if known)*:

Defendant No. 4
- Name: SWAIN COUNTY SHERIFF'S DEPT.
- Job or Title *(if known)*:
- Street Address: 95 Brendle Street
- City and County: Bryson City, SWAIN COUNTY
- State and Zip Code: NC 28713
- Telephone Number: 828-488-0159

Page 2 of 5

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Town of Bryson City
- Job or Title (if known):
- Street Address: 45 Everett Street
- City and County: Bryson City, Swain County
- State and Zip Code: NC 28713
- Telephone Number: 828-488-3335
- E-mail Address (if known):

Defendant No. 2
- Name: Andrew Bryant
- Job or Title (if known): Bryson City Police Officer
- Street Address: 200 Main Street
- City and County: Bryson City, Swain County
- State and Zip Code: NC 28713
- Telephone Number: 828-488-3050
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. United States Constitution Section 1983
2. Due Process
3. Fourth Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of

        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

   b. If the defendant is a corporation
     The defendant, *(name)* _____, is incorporated under
     the laws of the State of *(name)* _____, and has its
     principal place of business in the State of *(name)* _____.
     Or is incorporated under the laws of *(foreign nation)* _____,
     and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$233,000.00
- 3 years potential income as Licensed NC Teacher (Average Teacher salary $54,000 per year) = $162,000.00
- 3 years of physical pain and mental anguish/emotional distress ($25,000 per year) = $75,000.

$162,000 + $75,000 = $237,000.00

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. My constitutional rights were violated: USC Section 1983 and 4th Amendment rights. Lack of Due Process.
2. July 1, 2017 - Bryson City Police used excessive force (Officer Dudley), also sexually assaulted me and stole my pendant. Sheriff Curtis Cochran left me alone with Officer Dudley.
3. November 1, 2017: Unlawfully arrested and detained in the Swain County Jail for 17 days. No notice received regarding a Hearing on October 28, 2017. (Please See Attached.)

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 30 June 2020

Signature of Plaintiff: April Ledford
Printed Name of Plaintiff: April Ledford

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

April Ledford                                           30 June 2020

My constitutional rights (U.S.C. Section 1983, Lack of Due Process, and 6th [4th] Amendment) were violated in the following ways:

I am a licensed Teacher in North Carolina. I am also a disabled veteran (First Gulf War, honorably discharged in 1993). I am a widow who, at this time, was very distraught because I was about to lose my home (the Eastern Band of Cherokee Indians changed my husband's will and had ordered me to leave by July 5, 2017. This story had been in the News.)

**FIRST COMPLAINT:** Excessive Force and Sexual Assault by Police Officer Chris Dudley – USC Section 1983; Sheriff Curtis Cochran left me alone to be detained by Officer Dudley -- Negligence.

1.      July 1, 2017 Bryson City, North Carolina. I was hospitalized at Swain County Hospital after having fallen asleep outside of local Walgreen's (I was prescribed Xanax for severe emotional distress, depression after having lost my husband, my mother, and home in a very short time period; and I had had too much beer). I was waiting for a friend to pick me up – since I was not driving at the time. My blood sugar exceeded 300, dangerously high. EMS took me to the Emergency Room.

2.      I was released from Swain County Hospital. Swain County Sheriff Curtis Cochran and Bryson City Police Officer Chris Dudley showed up. Cochran left and Dudley stayed behind. Dudley made me feel very uncomfortable as he stood in the doorway of my room and watched me as I gathered my belongings. I recall everything very clearly.

3.      As I walked toward the exit, Dudley said I was going to jail. He did not explain why I was going to jail. He did not use any methods to diffuse the situation. I said there's no reason for me to go to jail. That's when he suddenly grabbed my arms and slammed me to the floor, where I hit my head, left shoulder, left elbow, and left knee. He handcuffed me from behind. At the time, I weighed 125 lbs and my height was: 5'3". He told the nurses who were looking on, "I am sorry you had to see that".

4.      Dudley ALONE placed me in the passenger side of his SUV. The concussion in my head kicked in and I blacked out. I remember his hand touching my private areas. I remember waking up, very sore in my private areas, as well as pain from my other injuries.

5.      Dudley took me to the Swain County jail, where I was frisked by two females. I noticed my pendant (that my late husband had given me) was missing from around my neck. I asked them if they had seen it and they said, "No" and that my silver chain was just barely hanging around my neck (the clasp had been broken). I had the pendant securely attached to the chain while I was in the hospital and was wearing it as I left the room. Now it was gone.

1.

6.  I was released from Swain County Jail less than an hour later, feeling intense pain in my private areas. I later noticed bleeding and felt as if someone had scratched the area. The pain in my head was throbbing, and my knee (which previously had been injured in a car accident -- hit by a drunk driver in 2009 -- and operated on) was terribly sore. (Later, I was prescribed a brace at the VA hospital).

**SECOND SET OF COMPLAINTS:** November 1 - 17, 2020 Unlawfully arrested by ~~Brydon~~ Bryson City Police and unlawfully detained by the Swain County Sheriff's Department and Jail.

1)  On November 1, 2017, I went to the Swain County Courthouse to visit the Veterans' Office. While Mayor Tom Sutton looked on, I was arrested by Bryson City Police Officer Andrew Bryant at 2:59, November 1, 2017 for Failure to Appear at Hearing (for 2nd Degree Trespass) after NEVER receiving Notice -- Was treated for medical reasons at Balsam Center, in Waynesville, NC during the week of the October 28 hearing, a medical reason which should have eliminated my "Failure to Appear" charge – **LACK OF DUE PROCESS**. Also my 4th Amendment rights were violated for seizing my person and my personal belongings. When I asked to pay my bail by accessing my debit card, my request was denied;

2)  Excessive Force used by Sheriff's Deputy Danny Owenby (Nickname "Bean") on 6 November 2017 -- grabbed and squeezed my arm really hard and pulled me to the pod after I received my morning dose of Metformin (for Diabetes);

3)  Negligence on the part of Guards and Nurse for not giving me needed medications (for Diabetes, PTSD, broken thumb, Depression). Denial of Adequate Medical Care, Section 4.11.1 Section 1983;

4)  General Negligence by Swain County Sheriff's Department and Jail -- failure to provide a safe and healthy environment:

Water was foul; I was refused toilet paper; one of the female guards was obviously intoxicated; fellow inmate seen snorting what appeared to be a white powdery substance; food was full of sugar and carbohydrates -- a diet that is unhealthy for Diabetics and lack of fresh fruits or veggies;

***Unsafe Environment -- I was threatened many times by other inmates and I voiced my concerns to Leanna Arch -- but nothing was done about it. As a matter of fact, I was physically assaulted by fellow inmate Nerissa Woodard and Denise Downs. Instead of putting them in a small cell, they placed me in a small cell, which wreaked havoc on my mental state.

CONCLUSION:

     I am respectfully asking for fair and just compensation for the aforementioned violations of my constitutional rights. I have experienced exacerbated pain in my already-injured knee (it has buckled on me more than it ever did and the VA prescribed a brace, and now I have trouble walking – especially going up and down stairs); and the concussion/head injury has affected my ability to hold down a job. Additionally, I have had severe mental anguish and distress over these events, adding to my PTSD, worsening my insomnia (I still have nightmares – and I can't sleep on my left shoulder because of the pain).

     Simply put, the pain and suffering I have is immeasurable, but this is what, respectfully, I am asking: Three years of lost potential income (a licensed teacher in North Carolina earns, on average, $54,000.000 – according to the Department of Public Education) at **$162,000.00** ($54,000.00 per year) plus 3 years of increased physical pain and mental anguish (anxiety, torment, nightmares, humiliation) -- **$75,000.00** ($25,000.00 per year) equals **$237,000.00**. I believe this is a modest and fair request for compensation.

Respectfully,

/s/ April Ledford

PO Box 2150

Bryson City, NC 28713

Tel.: 828-788-3605

Email: zootie68@gmail.com