# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

April Ledford

*Plaintiff*

v.

Civil Action No. 1:20-CV-168

Bryson City Police

*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Bryson City Police
200 Main Street
Bryson City, NC 28713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Ledford
PO Box 2150
Bryson City, NC 28713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No. 1:20-CV-168

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

☐    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date: _____    _____
                                                                                            Server's signature

                                                                                            _____
                                                                                            Printed name and title

                                                                                            _____
                                                                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

April Ledford

*Plaintiff*

v.

Civil Action No. 1:20-CV-168

Chris Dudley

*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Chris Dudley
95 Brendle Street
Bryson City NC 28713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Ledford
PO Box 2150
Bryson City NC 28713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No. 1:20-CV-168

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

April Ledford
*Plaintiff*
v.                                    ) Civil Action No. 1:20-CV-168
Curtis Cochran
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Curtis Cochran
95 Brendle Street
Bryson City, NC 28713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Ledford
P.O. Box 2150
Bryson City, NC 28713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No. 1:20-CV-168

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

| | | |
|---|---|---|
| April Ledford<br>*Plaintiff*<br>v.<br>Swain County Sheriff's Department<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:20-CV-168 |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Swain County Sheriff's Department
95 Brendle Street
Bryson City, NC 28713

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Ledford
PO Box 2150
Bryson City, NC 28713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No. 1:20-CV-168

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

April Ledford

*Plaintiff*
v.

Andrew Bryant

*Defendant*

Civil Action No. 1:20-CV-168

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Andrew Bryant
200 Main Street
Bryson City, NC 28713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Ledford
PO Box 2150
Bryson City, NC 28713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No. 1:20-cv-168

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏  I personally served the summons on the defendant at *(place)*_____
   on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❏  I served the summons on *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify)*:
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                Server's signature

                                    _____
                                                Printed name and title

                                    _____
                                                Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

April Ledford

*Plaintiff*

v.

Town of Bryson City

*Defendant*

Civil Action No. 1:20-cv-168

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Town of Bryson City
45 Everett Street
Bryson City, NC 28713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

April Ledford
PO Box 2150
Bryson City, NC 28713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No. 1:20-cv-168

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the defendant at *(place)*_____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                       Server's signature

                                       _____
                                       Printed name and title

                                       _____
                                       Server's address

Additional information regarding attempted service, etc: