IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 168 MR WCM

| | |
|---|---|
| APRIL LEDFORD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | ORDER |
| ) | |
| BRYSON CITY POLICE ) | |
| DEPARTMENT; CHRIS DUDLEY; ) | |
| CURTIS COCHRAN; SWAIN COUNTY ) | |
| SHERIFF'S DEPARTMENT; TOWN OF ) | |
| BRYSON CITY; ANDREW BRYANT; ) | |
| TOM SUTTON; SWAIN COUNTY JAIL; ) | |
| BETH MCDONALD; HILDA ARCH; ) | |
| and DANIEL SCOTT PEARSON ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Motion for a Jury Trial (Doc. 43).

On June 30, 2020, Plaintiff filed her original Complaint. Doc. 1. In that document, Plaintiff requested a jury trial. <u>Id</u>. On August 21, 2020, Plaintiff filed an Amended Complaint that also requested a jury trial. Doc. 12. Defendants have likewise made a jury demand. <u>See</u> Docs. 6, 17.

1

Accordingly, Plaintiff's Motion for Jury Trial (Doc. 43) is **DENIED AS MOOT**.

It is so ordered.

Signed: June 7, 2021

W. Carleton Metcalf
United States Magistrate Judge