IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 168 MR WCM

| | | |
|---|---|---|
| APRIL LEDFORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| BRYSON CITY POLICE DEPARTMENT; | ) | |
| CHRIS DUDLEY; | ) | |
| TOWN OF BRYSON CITY; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's Motion to Join Swain County as Defendant (the "Motion to Join," Doc. 53). No supporting brief has been submitted.

In her Motion to Join, Plaintiff "requests to add Swain County for the unlawful detention she experienced from November 1, 2017 through November 17, 2017." Doc. 53 at 1.

Rule 21 of the Federal Rules of Civil Procedure states in part that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21.

Plaintiff, though, provides no explanation for why Swain County should be joined as a party to this matter.

1

The undersigned has also considered whether Plaintiff's Motion to Join should be construed as a motion to amend her complaint to name Swain County as an additional defendant. See Kim v. Potter, No. DKC-09-2973, 2010 WL 11556602, at *1 (D. Md. Mar. 12, 2010). However, the undersigned declines to do so; Plaintiff has not submitted a proposed amended complaint or a brief addressing the requirements of Rule 15 of the Federal Rules of Civil Procedure. See Adkins v. Labor Ready, Inc., 205 F.R.D. 460, 462 (S.D.W.Va.2001) ("In order to amend a complaint to add additional parties after a responsive pleading has been filed, a movant must seek leave of the court pursuant to Rule 15 of the Federal Rules of Civil Procedure, and he must demonstrate compliance with either Rule 19 or Rule 20....").

Accordingly, Plaintiff's Motion to Join Swain County as Defendant (Doc. 53) is **DENIED**.

It is so ordered.

Signed: October 13, 2021

W. Carleton Metcalf
United States Magistrate Judge