IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 168 MR WCM

| | | |
|---|---|---|
| APRIL LEDFORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| BRYSON CITY POLICE DEPARTMENT; | ) | |
| CHRIS DUDLEY; | ) | |
| TOWN OF BRYSON CITY; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's Amended Motion to Join Swain County as Defendant (the "Amended Motion to Join," Doc. 58).

On October 12, 2021, Plaintiff filed a Motion to Join Swain County as Defendant (Doc. 53).

By Order entered on October 13, 2021, the undersigned denied that Motion, stating that Plaintiff had provided no explanation for why Swain County should be joined as a party under Rule 21. The undersigned also declined to construe the Motion as a request for leave to amend Plaintiff's Complaint to name Swain County as an additional defendant, as Plaintiff had not submitted a proposed amended complaint or a brief addressing the requirements of Rule 15. Doc. 56.

1

In support of the Amended Motion to Join, Plaintiff has submitted a brief. She has not, however, submitted a proposed amended complaint or otherwise described with any particularity what claim(s) she proposes to file against Swain County or why she should be allowed to assert those claim(s) at this juncture in the litigation. As a result, the undersigned is unable to consider fully whether it would be appropriate to allow Plaintiff to join Swain County as a defendant as requested by her Amended Motion to Join.

Accordingly, Plaintiff is **DIRECTED** to submit a proposed amended complaint on or before **December 1, 2021** which the undersigned can reference in considering Plaintiff's Amended Motion to Join. Plaintiff is **ADVISED** that failure to submit a proposed amended complaint as directed herein will result in the denial of her Amended Motion to Join.

It is so ordered.

Signed: November 15, 2021

W. Carleton Metcalf
United States Magistrate Judge