UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:20-cv-00168-MR-WCM

APRIL LEDFORD,

    Plaintiff,

vs.

BRYSON CITY POLICE DEPARTMENT, ET AL.

    Defendants.

**MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER FOR SBI FILE**

    Defendants Bryson City Police Department, Chris Dudley, and the Town of Bryson City (hereafter "Defendants") hereby move, with the consent of the *Pro Se* Plaintiff and counsel for non-party North Carolina State Bureau of Investigation (hereafter "SBI"), for issuance of the proposed Consent Protective Order, attached hereto as Exhibit A, under which the SBI's investigative file of the matter which is the subject of Plaintiff's allegations may be produced to the *Pro Se* Plaintiff and counsel for the Defendants.

    This Motion is based upon the court file and records in this action, and the accompanying Memorandum of Law.

    [SIGNATURE TO FOLLOW ON NEXT PAGE]

72425231-1

This 18th day of November, 2021.

                                                HALL BOOTH SMITH, P.C.

By: _____
      Adam F. Peoples – NC Bar No. 47339
      Katherine R. Heath – NC Bar No. 53588
      *Attorneys for Defendants Bryson City*
      *Police Department, Chris Dudley, and*
      *Town of Bryson City*
      72 Patton Avenue
      Asheville, North Carolina 28801
      Telephone: (828) 232-4481
      Telecopier: (828) 641-9195

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Motion for Entry of Consent Protective Order for SBI File** was served this date upon the following counsel of record via use of the CM/ECF system, which will send a notification of such filing and a copy thereof to:

April Ledford
P.O. Box 2150
Bryson City, NC 28713
*Pro Se Plaintiff*

This 18th day of November, 2021.

HALL BOOTH SMITH, P.C.

By: _____
Adam F. Peoples