# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Case No. 1:20-cv-00168-MR-WCM

**APRIL LEDFORD,**

**Plaintiff,**

vs.

**TOWN OF BRYSON CITY,**
**CHRIS DUDLEY,**
**BRYSON CITY POLICE DEPARTMENT**

**Defendants.**

FILED
ASHEVILLE, NC

DEC 15 2022

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

WHEREFORE comes the Plaintiff to present proposed Jury Instructions.

## 1. 42 U.S. Code § 1983 (United States Constitution):

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

## 2. 4th Amendment:

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

(Source: https://constitution.congress.gov/constitution/amendment-4/)

## 3. 5th Amendment:

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

(Source: constitution.congress.gov/constitution/amendment-5/)

## 4. Sixth Amendment:

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

(Source: https://constitution.congress.gov/constitution/amendment-6/)

## 5. Eighth Amendment:

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

(Source: https://constitution.congress.gov/constitution/amendment-8/)

## 6. 14th Amendment

No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

(Source: https://constitution.congress.gov/constitution/amendment-14/)

This, the 14th of December, 2022.

By: _____
April Ledford
Post Office Box 2150
Bryson City, North Carolina 28713
Tel.: 828-788-3605
Email: zootie68@gmail.com
       april.ledford@catawba.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was mailed to the following address via Email:

apeoples@hallboothsmith.com

Adam Peoples, Esq.

72 Patton Avenue

Asheville, North Carolina 28801


This, the 14th of December, 2022.

By: _____
April Ledford
Post Office Box 2150
Bryson City, North Carolina 28713
Tel.: 828-788-3605
Email: zootie68@gmail.com
        april.ledford@catawba.com