UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:20-cv-00168-MR-WCM

APRIL LEDFORD,

    Plaintiff,

vs.

CHRIS DUDLEY

    Defendant.

**CLERK'S EXHIBIT LIST FOR THE DEFENDANT**

TO PLAINTIFF AND TO THIS HONORABLE COURT:

In addition to cross-designating all of the exhibits listed by Plaintiff, and designating the pleadings, Plaintiff's medical records, and discovery exchanged in this matter which may be used for impeachment, Defendants hereby identify the following additional exhibits which may be introduced as substantive or illustrative evidence in the trial of this matter.

| EX # | Description | Stip. Auth-entic | Stip. Admi-ssible | Objections | Identified By | Admit-ted |
|---|---|---|---|---|---|---|
| 1. | Audio of Walgreens 911 call | | | | Kristin Parton 3/13/2023 | Kristin Parton 3/13/2023 |
| 1(a). | Transcript of Walgreens 911 call | | | | Kristin Parton 3/13/2023 | Kristin Parton 3/13/2023 |
| 2. | Audio of Transport to Jail | | | | Kristin Parton 3/13/2023 | Kristin Parton 3/13/2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2(a).** | Transcript of Transport to Jail | | | | Kristin Parton 3/13/2023 | Kristin Parton 3/13/2023 |
| **3.** | Nurse Winchester Chart from 7/1/17 | | | | Carrie Winchester 3/13/2023 | Carrie Winchester 3/13/2023 |
| **4.** | Dr. Engel Chart from 7/1/17 | | | | Carrie Winchester 3/13/2023 | Carrie Winchester 3/13/2023 |
| **5.** | CFS: Walgreens | | | | | |
| **6.** | CFS: Transport to Jail | | | | Kristin Parton 3/13/2023 | |
| **7.** | SBI Disposition and Closing Report | | | | | |
| **8.** | VA Problem List | | | | | |
| **9.** | Ledford Ultrasound 7/5/17 | | | | | |
| **10.** | Transport Map View | | | | | |
| **11.** | SCDC Observations of Ledford | | | | | |
| **12.** | Dr. McAbee Chart from 7/5/17 | | | | Bradley McAbee 3/14/2023 | Bradley McAbee 3/14/2023 |
| **13.** | Executed Hold Until Sober Form | | | | | |
| **14.** | Video of Arrival in sally port | | | | | |
| **15.** | 9/11/20 Letter from Christina Medley re: Ledford Residence | | | | | |
| **16.** | Video of Ledford SBI Interview | | | | | |
| **16(a).** | Transcript of Ledford SBI Interview | | | | | |
| **17.** | N.C.G.S. § 122C-301 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **18.** | N.C.G.S. § 122C-303 | | | | | |
| **19.** | Photo of Kayden and K9 Mikey | | | | | |
| **20.** | Photo of Vehicle Interior | | | | | |
| **21.** | Photo of Chris and K9 | | | | | |
| **22.** | Photo of Ledford at Jail | | | | April Ledford 3/13/2023 | |
| **23.** | Polygraph Test and Results | | | | | |
| **24.** | BAC Illustrative Chart | | | | | |
| **25.** | VA 4/8/19 Record | | | | | |
| **26.** | Swain County 2/27/18 Record | | | | | |
| **27.** | VA 7/26/18 Record | | | | | |
| **28.** | Smokey Mtn. Urgent Care 12/7/18 Record | | | | | |
| **29.** | Transcript | | | | April Ledford 3/13/2023 | |
| **30.** | | | | | | |
| **31.** | | | | | | |
| **32.** | July 5th Smokey Mountain | | | | April Ledford 3/13/2023 | |
| **33.** | Print out from Public Schools of North Carolina Licenser | | | | April Ledford 3/13/2023 | |
| **34.** | | | | | | |