# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:20-cv-00168-MR-WCM

|  |  |  |
|---|---|---|
| APRIL LEDFORD, | ) | FILED<br>ASHEVILLE, NC |
|  | ) |  |
| Plaintiff, | ) | MAR 14 2023 |
|  | ) |  |
| vs. | ) | U.S. DISTRICT COURT<br>W. DISTRICT OF N.C. |
|  | ) |  |
| CHRIS DUDLEY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## VERDICT SHEET

1.    Were the Defendant's actions in arresting the Plaintiff objectively reasonable?

Yes _✗_          No _____

[If your answer to Issue No. 1 is "No," proceed to Issue No. 2. If your answer to Issue No. 1 is "Yes," do not answer Issue Nos. 2, 3, and 4, and instead proceed directly to Issue No. 5.].

2. Did the Defendant intentionally use excessive force against the Plaintiff in:

(a) the manner in which he took her down to the ground?

Yes _____ No _____

(b) sexually assaulting her?

Yes _____ No _____

[If your answer to either Issue No. 2(a) or Issue No. 2(b), or both, is "Yes," proceed to Issue No. 3. If your answer to both Issue No. 2(a) and Issue No. 2(b) is "No," do not answer Issue Nos. 3 and 4, and instead proceed directly to Issue No. 5.].

3. Was the Defendant's conduct a legal and proximate cause of injury to the Plaintiff?

Yes _____ No _____

[If your answer to Issue No. 3 is "Yes," proceed to Issue No. 4. If your answer to Issue No. 3 is "No," do not answer Issue No. 4, and instead proceed directly to Issue No. 5.].

4.    What amount of damages is the Plaintiff entitled to recover?

_____

[Proceed to Issue No. 5].


5.    Did the Plaintiff defame the Defendant?

Yes __X__          No _____

[If your answer to Issue No. 5 is "Yes," proceed to Issue No. 6.  If your answer to Issue No. 5 is "No," do not answer Issue No. 6, and instead have your foreperson sign and date this Verdict Sheet and return it to the Court.].


6.    What amount of damages is the Defendant entitled to recover?

_$ 12,000_____


Your deliberations are now complete.  Please have your foreperson sign and date this Verdict Sheet and return it to the Court.

THIS the __14th__ day of March 2023.


                                                                                        )

                                        FOREPERSON


3